UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO ARRELLANO, et al.,

       Plaintiffs,

   v.

DEENA MISTRY,

       Defendant.

Case No. 23-cv-00187-ASK

**ORDER RE: SUMMARY JUDGMENT**

Re: Dkt. No. 105

Defendant Mistry moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Dkt. 105. Plaintiff Arrellano failed to oppose the motion.

Rule 56(e) permits a district court to enter summary judgment against a party who fails to oppose issues raised in a motion for summary judgment if such a motion adequately contends that there are no triable issues of fact and such contention is unopposed. Fed. R. Civ. P. 56(e); *Scarff v. Intuit, Inc.*, 318 F. App'x 483, 486 (9th Cir. 2008) (citation omitted). The Court finds that these conditions are satisfied here and **GRANTS** Defendant Mistry's motion as to Mr. Arrellano's claims. The Clerk will enter judgment by separate order.

Minor Plaintiff S.A., by and through his recently appointed *guardian ad litem* Judith Arrellano, may either oppose Defendant Mistry's motion for summary judgment or submit a statement of non-opposition by **May 26, 2026**.

**IT IS SO ORDERED.**

Dated: May 12, 2026

AJAY KRISHNAN
United States Magistrate Judge