UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO ARRELLANO, et al.,

Plaintiffs,

v.

DEENA MISTRY,

Defendant.

Case No. 23-cv-00187-ASK

**ORDER RE: SUMMARY JUDGMENT**

Re: Dkt. Nos. 105, 115

Defendant Mistry moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Dkt. 105. Because Plaintiff Arrellano failed to oppose the motion, the Court granted summary judgment of Mr. Arrellano's claims. Dkt. 115. Though the Court allowed minor Plaintiff S.A. to oppose Defendant Mistry's motion for summary judgment by May 26, 2026, *id.*, S.A. also failed to oppose the motion.

Rule 56(e) permits a district court to enter summary judgment against a party who fails to oppose issues raised in a motion for summary judgment if such a motion adequately contends that there are no triable issues of fact and such contention is unopposed. Fed. R. Civ. P. 56(e); *Scarff v. Intuit, Inc.*, 318 F. App'x 483, 486 (9th Cir. 2008) (citation omitted). The Court finds that these conditions are satisfied here and **GRANTS** Defendant Mistry's motion as to S.A.'s claims. The Clerk will enter judgment by separate order.

**IT IS SO ORDERED.**

Dated: May 28, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California