UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO ARRELLANO, et al.,

Plaintiffs,

v.

DEENA MISTRY,

Defendant.

Case No.  23-cv-00187-ASK

**JUDGMENT**

Re: Dkt. Nos. 115, 116

On May 12, 2026, the Court granted Defendant Mistry's unopposed motion for summary judgment of Plaintiff Arrellano's claims. Dkt. 115. On May 28, 2026, the Court granted Defendant Mistry's unopposed motion for summary judgment of minor Plaintiff S.A.'s claims. Dkt. 116.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendant and against Plaintiffs. The Clerk of the Court shall terminate the case.

**IT IS SO ORDERED.**

Dated: May 28, 2026

AJAY KRISHNAN
United States Magistrate Judge